

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-25-00008-CR

---

GABRIEL SKYLAR CASWELL, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 43rd District Court
Parker County, Texas
Trial Court No. CR23-1002

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

# MEMORANDUM OPINION

Appellant, Gabriel Skylar Caswell, has filed a motion to dismiss this appeal.[1] The motion was signed by both Caswell and his appellate counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See id.*

Accordingly, we dismiss this appeal.

Scott E. Stevens
Chief Justice

Date Submitted:     March 21, 2025
Date Decided:     March 24, 2025

Do Not Publish

---

[1] Originally appealed to the Second Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.).